# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Michelle A. Carey
Chief Probation & Pretrial Services Officer

## REQUEST FOR JUDICIAL REASSIGNMENT

**Date:** June 7, 2019
**Name of Offender:** Juan Camarena
**Docket No.:** CR18-00388-LAL (CC35-7032339)
CR18-00389-LAL (CC35-7032340)
**Prepared For:** Honorable Louise A. LaMothe
United States Magistrate Judge

---

Mr. Camarena failed to report to Magistrate Court on May 17, 2019, at which time Your Honor issued bench warrants in each matter. The warrants were executed on that same date when he was arrested by the Oxnard Police Department for new criminal charges involving possession of methamphetamine and drug paraphernalia. Mr. Camarena subsequently pled guilty to both of those charges in the Ventura County Superior Court. That Court denied probation, but ordered him to serve 20 days in custody, which he completed on May 26, 2019. However, Mr. Camarena remained in the Ventura County Jail on the federal warrants until May 31, 2019. On that date, he appeared in Magistrate Court in Los Angeles and he was ordered detained.

Mr. Camarena remains in federal custody in Los Angeles. Given the fact that there are no custodial services available for Your Honor should he appear in the Santa Barbara Magistrate Court, it appears appropriate to have the above matters reassigned to a Magistrate Judge in Los Angeles. Should Your Honor agree, the Probation Office will provide a Supplemental Violation Report to the newly assigned Magistrate Judge, as well as amended petition to include the new criminal charges referenced above.

| REQUEST FOR JUDICIAL REASSIGNMENT | June 7, 2019 |
|---|---|
| Name of Offender: Juan Camarena | CR18-00388-LAL |
| | (CC35-7032339) |
| | CR18-00389-LAL |
| | (CC35-7032340) |

**Recommendation**: It is recommended that the above two matters, CR18-00388-LAL (CC35-7032339) and CR18-00389-LAL (CC35-7032340), be reassigned to a Magistrate Judge in Los Angeles.

Reviewed by:                                                    Respectfully,

/S/                                                                         /S/
BRANDON SCHNEIDER                                 JOSHUA GALLENBERGER
Supervising U.S. Probation Officer                   U.S. Probation Officer
Telephone No. 805-644-2067                           Telephone No. 805-535-7094

**COURT'S RESPONSE:**          ☒ Approved          ☐ Disapproved

**COMMENTS**:

_Louise A. LaMothe_                                              June 10, 2019
Judge's Signature                                                      Date